# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| STEVEN ANTHONY HALEY, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:09-0520 |
| | ) | Judge Trauger |
| SGT. KAYSER C. NOLTON, | ) ) | Magistrate Judge Bryant |
| Defendant. | ) | |

## O R D E R

On January 4, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 14), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for the plaintiff's failure to comply with the court's Order requiring him to complete and return to the Clerk the service packet for the defendant.

It is so **ORDERED**.

ENTER this 8th day of February 2010.

 _____
 ALETA A. TRAUGER
 U.S. District Judge